# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JARELL TERRY**                                            **PLAINTIFF**
**ADC #149998**

v.                              No. 1:18-cv-81-DPM

**SAMUEL F. GUILTNER, Corporal,**
**North Central Unit;   and JARED WALKER,**
**Corporal, North Central Unit**                    **DEFENDANTS**

## ORDER

**1.** Motion for copies, № 51, partly granted and partly denied without prejudice.   The Court directs the Clerk to send Terry copies of the summary judgment papers, the Court's 1 July 2019 Order, the 24 July 2019 recommendation, and a copy of the docket sheet.   № 47– 50 & № 53.   If Terry needs other copies, then he may request particular papers in a new motion.

**2.** The Court extends the deadline for objecting to the recommendation.   Objections due by 16 August 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 July 2019