IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JARELL TERRY                                                           PLAINTIFF
ADC #149998

v.                        No. 1:18-cv-81-DPM

SAMUEL F. GUILTNER, Corporal,
North Central Unit; and JARED WALKER,
Corporal, North Central Unit                                         DEFENDANTS

## ORDER

1. Motion, № 57, granted. Terry may have until 30 August 2019 to file his objections to the recommendation, № 53, and any belated response to the motion for summary judgment, № 47.

2. Motions for settlement, № 52 & № 54, denied. Settlement offers should be sent to counsel for the Defendants, not filed with the Court.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2019