IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JARELL TERRY
ADC #149998                                                                PLAINTIFF

v.                              No. 1:18-cv-81-DPM

SAMUEL F. GUILTNER, Corporal,
North Central Unit;   and JARED WALKER,
Corporal, North Central Unit                                              DEFENDANTS

## ORDER

Terry has submitted responses to Defendants' motion for summary judgment, statement of facts, and declarations, as well as his own motions for appointed counsel and for a mental examination. № 61–64. The Court would appreciate a supplemental recommendation advising whether any of this material is new and whether it makes a difference on Terry's claims. Recommendation, № 53, held in abeyance.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019