# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**JARELL TERRY**  
ADC #149998                                                              **PLAINTIFF**

v.                          No. 1:18-cv-81-DPM

**SAMUEL F. GUILTNER, Corporal,
North Central Unit; JARED WALKER,
Corporal, North Central Unit; CODY
GARRIS, Disciplinary Hearing Clerk,
North Central Unit; STEPHEN WILLIAMS,
Warden, North Central Unit; TERRIE
L. BANISTER, Disciplinary Hearing
Officer, Arkansas Department of
Correction; RAYMOND NAYLOR,
Disciplinary Hearing Officer, ADC;
and WENDY KELLEY, Director, ADC**                     **DEFENDANTS**

## JUDGMENT

Terry's excessive force claim against Guiltner and Walker is dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2020