# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**JARELL TERRY**  
ADC #149998  
**PLAINTIFF**

v. No. 1:18-cv-81-DPM

**SAMUEL F. GUILTNER, Corporal,**  
**North Central Unit; and JARED WALKER,**  
**Corporal, North Central Unit**  
**DEFENDANTS**

## ORDER

1. Motion to withdraw, № 87, denied without prejudice as moot. The Court already denied the motion. № 80.

2. The Court directs the Clerk to docket Terry's declaration, № 88, as a motion to reconsider. The Court directs Defendants to respond by 26 February 2020. Defendants should also confirm whether the sick call quoted in Terry's motion is part of his medical jacket and, if so, file a copy.

So Ordered.

*D.P. Marshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

12 February 2020