IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**JARELL TERRY**  
**ADC #149998**                                                              **PLAINTIFF**

v.                        No. 1:18-cv-81-DPM

**SAMUEL F. GUILTNER, Corporal,**  
**North Central Unit; and JARED WALKER,**  
**Corporal, North Central Unit**                                 **DEFENDANTS**

ORDER

**1.** Motions to dismiss and to hold in abeyance, *Doc. 94 & 95*, denied. Defendants' response to the Court's 12 February 2020 Order, *Doc. 89*, was timely. *Doc. 93*.

**2.** Motion to reconsider, *Doc. 90*, denied. In the 7 July 2018 sick call request, Terry complained of pain when bending his left arm outward. Like Terry's other health services forms, though, this doesn't tie any problem with Terry's wrist to Defendant Walker's handcuffing him during the June 2018 encounter. Because the record doesn't support the conclusion that Walker's actions caused a lasting injury to Terry's wrist, his motion, *Doc. 90*, is denied.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

5 March 2020