IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| **JARELL TERRY**<br>**ADC #149998** | **PLAINTIFF** |
| v. | No. 1:18-cv-81-DPM |
| **SAMUEL F. GUILTNER, Corporal,**<br>**North Central Unit; and JARED WALKER,**<br>**Corporal, North Central Unit** | **DEFENDANTS** |

### ORDER

1. The Court notes Terry's follow-up papers on the motion to reconsider. *Doc. 100 & 101.* But nothing in these new papers changes the Court's conclusion in its 5 March 2020 Order. *Doc. 96.*

2. Post-judgment motion for summary judgment, *Doc. 102–05*, denied. Terry has appealed the Court's Judgment; and his appeal is pending before the United States Court of Appeals for the Eighth Circuit. *Doc. 99.* This Court therefore lacks jurisdiction. Going forward, Terry must file his papers with the Court of Appeals.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 March 2020